IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**AARON VICK,**

*Plaintiff,*

v.

**JANETTE RODRÍGUEZ, in her official capacity as Director of the Pretrial Services Program of the Commonwealth of Puerto Rico, known as OSAJ,**

*Defendant.*

**CIVIL NO. 21-1552 (DRD)**

## JUDGMENT

Pursuant to the Court's *Opinion and Order* (Docket No. 41) granting Defendant, Janette Rodríguez, in her official capacity as Director of the Pretrial Services Program of the Commonwealth of Puerto Rico's *Motion to Dismiss Amended Complaint* (Docket. No. 29) and denying Plaintiff, Aaron Vick's *Motion for Preliminary Injunction* (Docket No. 2), the Court hereby enters final judgment **DISMISSING** the instant case **WITH PREJUDICE.**

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 8th day of April, 2022.

*S/ Daniel R. Dominguez*
Senior U.S. District Judge